peals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9737. Serajul Haque, Jr., Petitioner v. Department of Homeland Security, et al.**

563 U.S. 1017, 131 S. Ct. 2910, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3961, ██

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9744. Gilberto Rossaty, aka Gilberto Rossatti Mendez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1017, 131 S. Ct. 2911, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3993.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9616. In re Cary Michael Lambrix, Petitioner.**

563 U.S. 1007, 131 S. Ct. 2907, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3869.

May 23, 2011. Petition for writ of habeas corpus denied.

**No. 10-10206. In re Michael Charles Ward, Petitioner.**

563 U.S. 1007, 131 S. Ct. 2923, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3966, ██

May 23, 2011. Petition for writ of habeas corpus denied.

**No. 10-10213. In re Stanley L. Williams, Petitioner.**

563 U.S. 1007, 131 S. Ct. 2923, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3922.

May 23, 2011. Petition for writ of habeas corpus denied.

**No. 10-10247. In re Ralph Baker, Petitioner.**

563 U.S. 1007, 131 S. Ct. 2923, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3907.

May 23, 2011. Petition for writ of habeas corpus denied.

**No. 10-9635. In re Shirley Remmert, Petitioner.**

563 U.S. 1007, 131 S. Ct. 2908, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3946.

May 23, 2011. Petition for writ of mandamus denied.

**No. 10-9628. In re Louis J. Clay, Jr., Petitioner.**

563 U.S. 1007, 131 S. Ct. 2908, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3968.

May 23, 2011. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of mandamus and/or prohibition dismissed. See Rule 39.8.

---

**No. 10-9629. In re Louis J. Clay, Jr., Petitioner.**

563 U.S. 1007, 131 S. Ct. 2908, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3984.

May 23, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus and/or prohibition dismissed. See Rule 39.8.

---

**No. 10-887. Joseph Dixon, Petitioner v. East Coast Music Mall.**

563 U.S. 1017, 131 S. Ct. 2925, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3903.

May 23, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1287, 131 S. Ct. 1680, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2396.

---

**No. 10-973. William Smith, Petitioner v. Alvin Friedman, et al.**

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3919.

May 23, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 918, 131 S. Ct. 1816, 179 L. Ed. 2d 773, 2011 U.S. LEXIS 2617.

---

**No. 10-1071. Reza Haghighi Ahmadi, Petitioner v. Texas.**

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3880.

May 23, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 918, 131 S. Ct. 1829, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2682.

---

**No. 10-8454. Ricky Benson, Petitioner v. Mark Luttrell, et al.**

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3923.

May 23, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1303, 131 S. Ct. 1690, 179 L. Ed. 2d 646, 2011 U.S. LEXIS 2179.

---

**No. 10-8495. Pierre Yates, Petitioner v. Ohio.**

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3952.

May 23, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1294, 131 S. Ct. 1692, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2269.

---

**No. 10-8513. Wallace C. Jones, Petitioner v. Arthur L. Rothenberg, Judge, Circuit Court of Florida, Miami-Dade County.**

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 4010.

May 23, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 906, 131 S. Ct. 1787, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2529.